# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

CHRISTOPHER B. SMITH, et al.,

    Plaintiffs,

v.                        CASE NO. 4:03cv76-RH/WCS

CHARLES SCHWAB & CO., INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

This action arises from securities transactions effected by the defendant brokerage firm on plaintiffs' behalf.  By order of July 18, 2003 (document 30), this action was stayed pending arbitration.  Arbitration proceedings have now concluded.  Upon consideration of the status report filed March 15, 2005 (document 38), and this court's show cause order of April 1, 2005 (document 39), to which no response has been filed,

    IT IS ORDERED:

    This action is dismissed with prejudice.  The clerk shall enter judgment

accordingly and close the file.

      SO ORDERED this 9th day of May, 2005.

                                    <u>s/Robert L. Hinkle</u>
                                    Chief United States District Judge